**Electronically Filed
Supreme Court
SCWC-18-0000717
11-MAR-2024
01:42 PM
Dkt. 33 ODAC**

SCWC-18-0000717

IN THE SUPREME COURT OF THE STATE OF HAWAI'I

---

AOAO QUEEN EMMA GARDENS and TOUCHSTONE PROPERTIES, LTD.,
Respondents/Respondents-Appellants/Cross-Appellees/Appellees,

vs.

TOMMY WAI HUNG MA and SINDY YEE MA,
Petitioners/Petitioners-Appellees/Cross-Appellants/Appellants,

and

OFFICE OF ADMINISTRATIVE HEARINGS CONDOMINIUM DISPUTE RESOLUTION
PILOT PROGRAM, DEPARTMENT OF COMMERCE AND CONSUMER AFFAIRS,
STATE OF HAWAI'I,
Respondent/Agency-Appellee/Cross-Appellee/Appellee.

---

CERTIORARI TO THE INTERMEDIATE COURT OF APPEALS
(CAAP-18-0000717; CIV. NO. 1CC171001914)

ORDER REJECTING APPLICATION FOR WRIT OF CERTIORARI
(By: Recktenwald, C.J., McKenna, Eddins, and Devens, JJ.,
and Circuit Judge Park, in place of Ginoza, J., recused)

Petitioners' Application for Writ of Certiorari, filed
on January 17, 2024, is hereby rejected.

DATED:  Honolulu, Hawai'i, March 11, 2024.

/s/ Mark E. Recktenwald

/s/ Sabrina S. Mckenna

/s/ Todd W. Eddins

/s/ Vladimir P. Devens

/s/ Shanlyn A. Park

